IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLTEL CORPORATION, et al.,<br><br>    Defendants. | CASE NO. 2:06-CV-504-TJW-CE |
| FREEDOM WIRELESS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>CINGULAR WIRELESS, LLC, et al.,<br><br>    Defendants. | CASE NO. 2:06-CV-505-TJW-CE |
| FREEDOM WIRELESS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DOBSON CELLULAR SYSTEMS, et al.,<br><br>    Defendants. | CASE NO. 2:07-CV-151-TJW-CE |
| FREEDOM WIRELESS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>SUNCOM WIRELESS HOLDINGS, INC., et al.,<br><br>    Defendants. | CASE NO. 2:07-CV-152-TJW-CE |

# JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
# PURSUANT TO PATENT RULE 4-3

In accordance with the Court's Docket Control Orders and Patent Rule 4–3, Plaintiff Freedom Wireless, Inc. ("Freedom Wireless") and Defendants Cingular Wireless LLC, Ericsson Inc., Centennial Communications Corporation (d/b/a Centennial Wireless), NE Colorado Cellular, Inc. (d/b/a Viaero Wireless), Cincinnati Bell Wireless LLC, Ztar Mobile, Inc., T-Mobile USA, Inc., 7-Eleven, Inc., Circle K Stores, Inc., MGA Entertainment, Inc., Alltel Corporation, Comverse, Inc., VeriSign, Inc., Alltel Communications, Inc., United States Cellular Corporation, Dobson Cellular Systems, American Cellular Corporation, SunCom Wireless Holdings, Inc., SunCom Wireless, Inc., and SunCom Wireless Operating Company jointly submit this Joint Claim Construction and Prehearing Statement pertaining to the Patents-in-Suit, U.S. Patent Nos. 5,722,067 (" '067 Patent"), 6,157,823 (" '823 Patent") and 6,236,851 (" '851 Patent").  On April 8 and 9, 2008, the parties met and conferred under Patent Rules 4-1(b) and 4-2(c).  The parties were able to narrow the scope of some disputes but were unable to agree on the constructions of the claim terms as indicated below.

**I.      Agreed Constructions Pursuant to P.R. 4-3(a)**

The parties have not been able to agree to the proper construction of any of the terms proposed for construction.

**II.     Disputed Terms Pursuant to P.R. 4-3(b)**

The parties dispute the construction of the claim terms, phrases, or clauses set forth in the tables attached as Exhibits A and B-1.  At Defendants' suggestion for the convenience of the Court, the parties' proposed constructions for the disputed claim terms and phrases, and each party's identification of intrinsic and extrinsic evidence in support of their respective proposed constructions have been split into three tables, Exhibits A, B-1, and B-2.  Exhibit A includes

Plaintiff's constructions and evidence. Exhibits B-1 and B-2 include Defendants' constructions and evidence.

### III.     Length of Hearing Pursuant to P.R. 4-3(c)

The parties agree that the total length of the Claim Construction Hearing should be set so as to allow 3 hours of argument total, 1.5 hours of argument per side.

### IV.     Designation of Witnesses Pursuant to P.R. 4-3(d)

None of the parties anticipate calling any witnesses at the Claim Construction Hearing.

### V.      Prehearing Conference Pursuant to P.R. 4-3(e)

The parties do not believe that a prehearing conference is necessary prior to the Claim Construction Hearing.

Dated: April 10, 2008

By: <u>/s/John Kenneth Felter</u>
    Paul Ware
    pware@goodwinprocter.com
    John Kenneth Felter
    jfelter@goodwinprocter.com
    Elaine Herrmann Blais
    eblais@goodwinprocter.com
    Daniel M. Forman
    dforman@goodwinprocter.com
    **GOODWIN PROCTER LLP**
    Exchange Place
    53 State Street
    Boston, MA 02109
    (617) 570-1000 Tel.
    (617) 523-1231 Fax

    Robert A. Pressman
    BRAMSON & PRESSMAN
    11 E Hector Street
    Suite 410
    Conshohocken, PA 19428
    (610) 260-4444 Tel.
    (610) 260-4445 Fax

    Of Counsel

    Joseph F. Coyne, Jr.
    jcoyne@sheppardmullin.com
    Gregory P. Barbee
    gbarbee@sheppardmullin.com
    SHEPPARD MULLIN RICHTER &
    HAMPTON LLP
    333 South Hope Street
    Forty-Eighth Floor
    Los Angeles, CA 90071
    (213) 617-4102
    (213) 620-1398

Attorneys for Freedom Wireless, Inc.

By:
/s/ Larry Carlson
Larry D. Carlson
   Attorney-in-Charge
   Texas Bar No. 03814500
   larry.carlson@bakerbotts.com
Barton E. Showalter
   Texas Bar No. 00788408
   bart.showalter@bakerbotts.com
Christopher W. Kennerly
   Texas Bar No. 00795077
   chris.kennerly@bakerbotts.com
James W. Bristow
   Texas Bar No. 24050325
   james.bristow@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas  75201-2980
Telephone:   214-953-6500
Facsimile:   214-953-6503

Samuel F. Baxter
   Texas Bar No. 01938000
   sbaxter@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone:   214-978-4016
Facsimile:   214-978-4044

**ATTORNEYS FOR DEFENDANTS ERICSSON INC., CINGULAR WIRELESS LLC, CENTENNIAL COMMUNICATIONS CORPORATION (D/B/A CENTENNIAL WIRELESS), NE COLORADO CELLULAR, INC. (D/B/A VIAERO WIRELESS), CINCINNATI BELL WIRELESS LLC, ZTAR MOBILE, INC., T-MOBILE USA, INC., 7-ELEVEN, INC., CIRCLE K STORES, INC., MGA ENTERTAINMENT, INC., SUNCOM WIRELESS HOLDINGS, INC., SUNCOM WIRELESS, INC., SUNCOM WIRELESS OPERATING COMPANY, LLC, DOBSON CELLULAR SYSTEMS, INC., AND AMERICAN CELLULAR CORPORATION**

/s/ John Flaim (with permission)
John G. Flaim
Texas Bar No. 00785864
john.g.flaim@bakernet.com

Kimberly F. Rich

Texas Bar No. 24010344

Kimberly.f.rich@bakernet.com

William D. McSpadden

Texas Bar No. 24002587
William.d.mcspadden@bakernet.com

Nathan A. Engels
Texas Bar No. 24036526
Nathan.a.engels@bakernet.com

BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: + 214 978 3000
Facsimile: + 214 978 3099

**ATTORNEYS FOR DEFENDANTS ALLTEL COMMUNICATIONS, INC. and ALLTEL CORPORATION**

6

/s/  Robert Weiner (with permission)
Robert N. Weiner
Joseph A. Micallef
Leslie L. Jacobs, Jr.
James Mangiafico
ARNOLD & PORTER, L.L.P.
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000 Tel.
(202) 942-5999 Fax

Jeffrey S. Patterson
　　State Bar No. 15596700
　　patterson@hdbdk.com
Jeffrey J. Cox
　　State Bar No. 04947530
　　jcox@hdbdk.com
HARTLINE, DACUS, BARGER, DREYER & KERN, LLP
6688 N Central Expy, Suite 1000
Dallas, TX  75206
Telephone:  214-346-2100
Fax:  214-369-2118

**ATTORNEYS FOR DEFENDANT VERISIGN, INC.**

7

<u>/s/  David Healey (with permission)</u>
David J. Healey
Lead Attorney
   State Bar No. 09327980
   david.healey@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas  77002
713-546-5000 (Telephone)
713-224-9511 (Facsimile)

Matthew D. Powers
Edward R. Reines
Jason Kipnis
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3000 (Telephone)
650-802-3100 (Facsimile)

**ATTORNEYS FOR DEFENDANT COMVERSE, INC.**

/s/  Richard O'Brien (with permission)
Richard J. O'Brien
Laura L. Kolb
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000 Tel.
(312) 853-7036 Fax
robrien@sidley.com
lkolb@sidley.com

Benjamin B. Kelly
State Bar No. 24055765
SIDLEY AUSTIN LLP
717 N. Harwood, Suite 3400
Dallas, TX 75201
(214) 981-3300
(214) 981-3400
bbkelly@sidley.com

**ATTORNEYS FOR UNITED STATES CELLULAR CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Joint Claim Construction and Prehearing Statement Pursuant to Patent Rule 4-3 was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing Reply by certified mail, return receipt requested, on this the 10th day of April 2008.

/s/ John Kenneth Felter
John Kenneth Felter