**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> ALLTEL CORPORATION, COMVERSE INC., VERISIGN, INC., and ALLTEL COMMUNICATIONS, INC., UNITED STATES CELLULAR CORPORATION, and CRICKET COMMUNICATIONS, INC., <br><br> Defendants and Counterclaim-Plaintiffs. | Civil Action No. 2:06-CV-504-TJW |

**Joint Motion of Freedom Wireless, Inc., VeriSign, Inc. and United States
Cellular Corporation for Dismissal With Prejudice of Certain Claims and Counterclaims**

1. Having reached settlement resolving all claims between the parties and based upon the Final Consent Judgment jointly filed herewith by VeriSign, Inc. ("VeriSign") and Freedom Wireless, Inc. ("Freedom Wireless"), VeriSign, Freedom Wireless and United States Cellular Corporation, seek pursuant to Fed. R. Civ. P. 41(a)(2) to:

    a.  Dismiss with prejudice all claims by Freedom Wireless against United States Cellular Corporation and all of United States Cellular Corporation's Counterclaims against Freedom Wireless.

    b.  Dismiss with prejudice Freedom Wireless' claims against other defendants, but only to the extent that those claims are based upon use of the accused VeriSign technology or products.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Because VeriSign and Freedom Wireless have reached a settlement resolving all claims between them, and because no party will be legally prejudiced by the requested dismissal, Freedom Wireless, United States Cellular and VeriSign, jointly pray that the Court grant this Joint Motion.

Date:  May 21, 2008

Respectfully submitted,

  /s/ John Kenneth Felter
Paul F. Ware, P.C.
John Kenneth Felter
Elaine Herrmann Blais
Daniel M. Forman
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000 Tel.
(617) 523-1231 Fax

Of Counsel:
Joseph F. Coyne, Jr.
Gregory P. Barbee
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street
Los Angeles, CA 90071
(213) 617-4102 Tel.
(213) 620-1398 Fax

**ATTORNEYS FOR FREEDOM WIRELESS INC.**

  /s/ Laura Kolb
Laura Kolb
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7283 Tel.
(312) 853-7036 Fax

**ATTORNEYS FOR UNITED STATES CELLULAR CORPORATION**

  /s/ Robert N. Weiner
Robert N. Weiner
Joseph A. Micallef
Leslie L. Jacobs, Jr.
James Mangiafico
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Telephone: 202-942-5000
Fax: 202-942-5999

Jeffrey S. Patterson
State Bar No. 15596700
HARTLINE, DACUS, BARGER, DREYER & KERN, LLP
6688 N Central Expy, Suite 1000
Dallas, TX  75206
Telephone:  214-346-3701
Fax:  214-369-2118

**ATTORNEYS FOR DEFENDANT VERISIGN, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 21st day of May, 2008.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

        /s/ John Kenneth Felter
        John Kenneth Felter