UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FREEDOM WIRELESS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV-504-TJW |
| | § | |
| ALLTEL CORPORATION, COMVERSE, INC., ALLTEL COMMUNICATIONS, LLC, CRICKET COMMUNICATIONS, INC., | § | |
| | § | |
| Defendants. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE
## CLAIMS AGAINST AND BY THE ALLTEL DEFENDANTS

Plaintiff Freedom Wireless, Inc. ("Plaintiff") and Defendants Alltel Corporation and Alltel Communications, LLC (the "Alltel Defendants") move to dismiss this case with prejudice and state:

1. Plaintiff and the Alltel Defendants have amicably resolved their disputes and have agreed to release their claims and counterclaims against each other with prejudice.

2. Plaintiff and the Alltel Defendants stipulate that each party is to bear its own costs, attorneys' fees and other expenses.

3. Plaintiff and the Alltel Defendants stipulate that this Court may retain jurisdiction to enforce the terms of any memorandum of understanding or settlement agreement between the parties (but only to the extent expressly provided in such settlement agreement).

4. Plaintiff and the Alltel Defendants request that the Court dismiss (a) all claims asserted or assertable by Plaintiff against the Alltel Defendants, and (b) all counterclaims asserted or assertable by the Alltel Defendants against Plaintiff.

Respectfully submitted,

/s/ Jennifer H. Doan
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email:  jthane@haltomdoan.com

William D. McSpadden
Texas Bar No. 24002587
Nathan A. Engels
Texas Bar No. 24036526
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone:  (214) 978-3000
Facsimile:  (214) 978-3099
E-mail:  william.d.mcspadden@bakernet.com
E-mail:  nathan.a.engels@bakernet.com

**ATTORNEYS FOR ALLTEL**
 **COMMUNICATIONS, LLC**
**AND ALLTEL CORPORATION**

    /s/Paul F. Ware Jr., P. C.
Paul F. Ware, Jr., P. C.
pware@goodwinprocter.com
Elaine Herrmann Blais
eblais@goodwinprocter.com
Daniel Forman
dforman@goodwinprocter.com
Kevin P. Martin
kmartin@goodwinprocter.com
Robert D. Carroll
rcarroll@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Exchange Place
Boston, MA 02109
Tel: 617-5701000
Fax: 617-523-1231

**ATTORNEYS FOR FREEDOM WIRELESS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). All other counsel of record will be served by first class mail this 10th day of April, 2009.

/s/ Paul F. Ware, Jr., P. C.